No. 67565.—Morris Friedman v. United States, protest 62/9278 (Philadelphia).

Opinion by OLIVER, C.J.  In accordance with stipulation of counsel that the merchandise consists of articles in chief value of vegetable fibers similar in all material respects to those the subject of Abstract 66093, the claim of the plaintiff was sustained.

No. 67566.—Manca, Inc. v. United States, protest 61/5795 (New York).

Opinion by OLIVER, C.J.  In accordance with stipulation of counsel that the articles, described on the invoice as "Single magazines for Projection Prado," are magazines accepting 30 slides for storing or for projection purposes, which are in chief value of base metal, the claim of the plaintiff was sustained.

No. 67567.—Advance Pet Supply Co. et al. v. United States, protests 61/14851, etc. (New York).

Opinion by OLIVER, C.J.  In accordance with stipulation of counsel that the merchandise consists of plastic feeders or fountains similar in all material respects to those the subject of Abstract 67011, the claim of the plaintiffs was sustained.